IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 30 2010 ★

BROOKLYN OFFICE

| | |
|---|---|
| NAV-TV CORP., | : |
| Plaintiff, | : |
| v. | : 09 Civ. 4044 (ILG) |
| NAVTOOL, INC., | : STIPULATION AND ORDER OF DISMISSAL |
| Defendant | : |

Plaintiff NAV-TV CORP. ("NAV-TV") and Defendant NAVTOOL, INC. ("NAVTOOL") hereby stipulate and agree, subject to approval of the Court, that all claims made by NAV-TV against NAVTOOL in the present action are hereby dismissed with prejudice pursuant to a Settlement Agreement executed by the parties, each party to bear its own costs and attorney fees. In addition, both NAV-TV and NAVTOOL hereby stipulate that this Court will retain jurisdiction for the purpose of enforcing the Settlement Agreement between the parties.

Date: May 28, 2010

/s/ Dariush Keyhani
Dariush Keyhani (DK 9673)
MEREDITH & KEYHANI, PLLC
330 Madison Avenue, 6th Floor
New York, New York 10017
Telephone (212) 760-0098
Facsimile: (212) 202-3819
*Attorneys for Plaintiff*

/s/ Michael J. Marcin
Michael J. Marcin (MM7394)
FAY KAPLUN & MARCIN, LLP
150 Broadway, Suite 702
New York, NY 10038
Telephone (212) 619-6000
Facsimile (212) 619-0276
*Attorneys for Defendant*

So ordered, this 30th day of July, 2010.

s/I. Leo Glasser
United States District Judge